Local 406, Service Employees International
Union, AFL-CIO *v.* Lackawanna County
et al., Appellants.

Argued April 18, 1972.   Before JONES, C. J., EAGEN,
O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Sheldon Rosenberg,* with him *Jacob I. Nogi, James
G. McDonough, II, Charles Welles, IV, Nogi, O'Malley
& Harris,* and *Judd, Walsh, Schnessel and McDonough,*
for appellants.

*Bernard N. Katz,* with him *Richard B. Sigmond,*
and *Meranze, Katz, Spear & Bielitsky,* for appellees.

OPINION PER CURIAM, May 25, 1972:

Appeal and Petition for Supersedeas transferred to
the Commonwealth Court, where they should be treated
as if originally filed in that Court on the date filed in
this Court.   Costs to be borne by appellants.   17 P.S.
§211.402(4).   17 P.S. §211.503(a) and (b).   *Green T.
Boro. v. Alleg. Co. Bd. of P. A.,* 446 Pa. 309, 285 A. 2d
165 (1971); *Pittsburgh F. Fighters v. Pittsburgh,* 444
Pa. 616, 281 A. 2d 633 (1971).